# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**BAKER & TAYLOR, LLC**            **PLAINTIFF**

v.            No. 2:15-cv-93-DPM

**METROPOLITAN LIFE INSURANCE**
**COMPANY, INC., ET AL.**            **DEFENDANTS**

### ORDER

Baker & Taylor's motion to file an unredacted response under seal, № 28, is granted. Please send a courtesy paper copy of this filing to chambers.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 September 2015