IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BAKER & TAYLOR, LLC                                                              PLAINTIFF

v.                                       No. 2:15-cv-93-DPM

METROPOLITAN LIFE INSURANCE
COMPANY, INC., ET AL.                                                          DEFENDANTS

ORDER

Opposed joint motion, № 37, granted as modified. The motions to dismiss, № 21, 22 & 24, are denied without prejudice — the settlement moots them. If the settlement is not consummated, then the Court will reinstate the motions (and all related filings) and decide them. All material things considered, a stay to allow consummation of the settlement is in everyone's best interest. The only sticking point is duration. Joint status report due by 29 January 2016. If by then the land sales have closed, and the payments have been made as planned, the Court is inclined to dismiss with prejudice at that point. The Court will, though, retain jurisdiction for a few months to cover the preference period and to make sure the deal doesn't unravel. Case stayed.

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

28 December 2015