IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BAKER & TAYLOR, LLC                                                             PLAINTIFF

v.                                      No. 2:15-cv-93-DPM

METROPOLITAN LIFE INSURANCE
COMPANY, INC., ET AL.                                                          DEFENDANTS

ORDER

Joint report, № 43, noted and appreciated. The stay is lifted and the Court confirms MetLife's dismissal with prejudice. And the Court grants the remaining parties' request to leave the case on hold until April. The stay is reinstated. Unless some party requests some relief before 19 April 2016, the Court will lift it and enter judgment dismissing Baker & Taylor's amended complaint with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 January 2016