IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BAKER & TAYLOR, LLC**                                                PLAINTIFF

v.                               No. 2:15-cv-93-DPM

**METROPOLITAN LIFE INSURANCE
COMPANY, INC.; DAVID B. GRIFFIN;
ROXANNA S. GRIFFIN; GRIFFIN FAMILY
INVESTMENT COMPANY ONE LIMITED
PARTNERSHIP; GRIFFIN GRAIN, INC.;
DESHA FARMS, INC.; GRIFFIN
MANAGEMENT TRUST; GRIFFIN
IRREVOCABLE TRUST ONE; DIXIE
FARMS, INC.; DLB, INC.; BROOKS
GRIFFIN FAMILY FOUNDATION;
GRIFFIN AG, INC.; GRIFFIN GINS, INC.
GRIFFIN RIVER TERMINAL, INC.;
FIRST DELTA FINANCIAL SERVICES, INC.;
DBG ENTERPRISES, INC.; and
DB GRIFFIN WAREHOUSE, INC.**                                    DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 April 2016